### UNITED STATES of America, Appellee,

v.

### Thomas Dean APPLEBY, Appellant.

### No. 10–1973.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 7, 2010.

Filed: Sept. 9, 2010.

---

1. The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska.

Daniel A. Chatham, Special, Assistant U.S. Attorney, U.S. Attorney's Office, argued, Cedar Rapids, IA, for Appellee.

Thomas Dean Appleby, argued, Cedar Rapids, IA, pro se.

Joanne M. Lilledahl, Assistant, Federal Public Defender, Federal Public Defender's Office, argued, Cedar Rapids, IA, for Appellant.

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

PER CURIAM.

Thomas Dean Appleby pleaded guilty to distributing cocaine base, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B). The district court[1] determined that Appleby was entitled to safety-valve relief from the statutory minimum sentence, see 18 U.S.C. § 3553(f); explained the sentencing factors it had considered; and imposed a below-Guidelines-range sentence of 33 months in prison. On appeal, Appleby's counsel has moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), maintaining that the sentence imposed was unreasonable because it was longer than necessary to achieve the goals of 18 U.S.C. § 3553(a), and because the disparity between sentences for cocaine base and powder cocaine offenses was inadequately considered.

Having carefully reviewed the record, we conclude that the sentence imposed was not an abuse of the district court's substantial sentencing discretion. *See United States v. Stults*, 575 F.3d 834, 849 (8th Cir.2009); *United States v. Feemster*, 572 F.3d 455, 461 (8th Cir.2009) (en banc).

1. The HONORABLE LINDA R. READE, Chief Judge, United States District Court for the

Finding no nonfrivolous issue for appeal, see *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we affirm the judgment and grant counsel's motion to withdraw conditioned on counsel informing Appleby about the procedures for seeking rehearing or filing a petition for a writ of certiorari.

Northern District of Iowa.